STATE v. CARTER

[361 N.C. 108 (2006)]

STATE OF NORTH CAROLINA v. MONTREZ DEMARIO CARTER

No. 290A06

(Filed 15 December 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 177 N.C. App. 539, 629 S.E.2d 332 (2006), reversing defendant's conviction which resulted in a judgment entered 25 August 2004 by Judge Kenneth C. Titus in Superior Court, Durham County, and ordering a new trial. Heard in the Supreme Court 21 November 2006.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Special Deputy Attorney General, and Derrick C. Mertz, Assistant Attorney General, for the State-appellant.*

*George E. Kelly, III, for defendant-appellee.*

PER CURIAM.

AFFIRMED.